**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHARON  THURMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-01085-RLY-DML |
| | ) | |
| WILLIAM LAWRENCE, Judge, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court, having this day made its Entry directing the entry of final judgment, now enters FINAL JUDGMENT.

Judgment is entered in favor of the defendant and against the plaintiff. The plaintiff shall take nothing by her complaint and this action is terminated.

Date:  __10/18/2015__

Laura Briggs, Clerk of Court

By: _____
    Deputy Clerk

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

SHARON  THURMAN
6036 E. 42nd Street
Indianapolis, IN 46226